United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 17, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-21010

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS EDUARDO MATA-RAMIREZ,

Defendant-Appellant.

Appeal from the United States District Court for
the Southern District of Texas
(USDC No. 4:03-CR-226-ALL)

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before REAVLEY, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM[*]:

The Supreme Court has vacated our previous judgment to have the appeal reconsidered in

light of United States v. Booker, 543 U.S. ___ (2005).

We see no Booker issue. The definition of "dangerous weapon" in the supervised release

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

condition is simply a legal question.  And <u>Apprendi</u> remains foreclosed by <u>Almendarez-Torres</u>.

The conviction and sentence of the district court are AFFIRMED.